| | |
|---|---|
| 1 | NICHOLAS A. TRUTANICH |
| 2 | United States Attorney<br>District of Nevada |
| 3 | Nevada Bar Number 13644<br>TROY K. FLAKE |
| 4 | Assistant United States Attorney<br>501 Las Vegas Blvd. So., Suite 1100 |
| 5 | Las Vegas, Nevada 89101<br>Telephone: (702) 388-6336 |
| 6 | Email: troy.flake@usdoj.gov<br>*Attorneys for the United States* |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>        v.<br>LAS VEGAS MERCHANT PLUMBERS ASSOCIATION, *et al.*,<br>    Defendants. | **19-cv-00766-JAD-EJY**<br><br>ECF No. 1<br><br>Civil Action No. 14<br>Civil No. 939 (Old) |
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>        v.<br>ASSOCIATED NEVADA DAIRYMEN, INC., *et al.*,<br>    Defendants. | Civil Action No. 1232 |
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>        v.<br>ANDERSON DAIRY, INC., *et al.*,<br>    Defendants. | Civil Action No. 133 |
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>        v.<br>INDEPENDENT BODY SHOP ASSN. OF RENO AND SPARKS, INC.,<br>    Defendant. | Civil Action No. R-2041 |

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　　　　　v.<br>A. LEVY & J. ZENTNER CO., *et. al*.,<br>　　　　Defendants. | Civil Action No. R-2724 |
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　　　　　v.<br>LEN HARRIS WHOLESALE MEATS, INC., *et al*.,<br>　　　　Defendants. | Civil Action No. R-2735 |
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　　　　　v.<br>FOREMOST-MCKESSON, INC., *et al*.,<br>　　　　Defendants. | Civil Action No. CIV-LV-76-183 |

## ORDER TERMINATING FINAL JUDGMENTS

The Court having received the motion of plaintiff United States of America for termination of the final judgments entered in the above-captioned cases, and the Court having considered all papers filed in connection with this motion, and the Court finding that it is appropriate to terminate these final judgments, it is

**ORDERED, ADJUDGED, AND DECREED:**

That said final judgments are hereby terminated.

Dated: 10/1/19

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge
　　　　　　　　　　　　　　　　　　　　　　　　　District of Nevada

3